UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTINEZ WILLIAMS,

       Plaintiff,

v.

WAYNE COUNTY FRIEND OF THE
COURT, KATHLEEN M. MCCARTHY,
SHELLY A.M. PAYNE, WAYNE
COUNTY SHERIFF, and DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

       Defendants.
_____/

Case Number 16-12888
Honorable David M. Lawson
Magistrate Judge Stephanie Dawkins Davis

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT

This matter is before the Court on the report issued on July 14, 2017 by Magistrate Judge Stephanie Dawkins Davis pursuant to 28 U.S.C. § 636(b), recommending that the Court *sua sponte* dismiss the complaint for failure to set forth any plausible claim for relief. The magistrate judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, and the Court later extended the time for filing objections at the plaintiff's request. However, no objections have been filed, and the time for filing them has lapsed. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #8] is **ADOPTED**.

It is further **ORDERED** that all of the plaintiffs' federal claims are **DISMISSED WITH PREJUDICE**, and all of his state law claims are **DISMISSED** without prejudice.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: September 6, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 6, 2017.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI